JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| D.W. JOHNSTON CONSTRUCTION, INC., | ) ) ) | EDCV 14-1269 DSF (MRWx) |
| Plaintiff, | ) ) | **JUDGMENT** |
| v. | ) ) | |
| FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation, a subsidiary of Swiss Reinsurance Company, | ) ) ) ) ) | |
| Defendant. | ) ) | |

The Court having granted summary judgment in favor of defendant,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice, and that defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 7/6/15

_____
Dale S. Fischer
United States District Judge